TAM Medical Supply Corp., as Assignee of Arsene Macajoux, Appellant,
against
21st Century Insurance Company, Respondent.



Appeal from an order of the Civil Court of the City of New York, Queens County (William A. Viscovich, J.), entered November 21, 2013. The order granted defendant's motion for summary judgment dismissing the complaint.




ORDERED that the order is reversed, with $30 costs, and defendant's motion for summary judgment dismissing the complaint is denied.
In this action by a provider to recover assigned first-party no-fault benefits, defendant moved for summary judgment dismissing the complaint on the ground that the action was premature because plaintiff had failed to provide requested verification. By order entered November 21, 2013, the Civil Court granted defendant's motion.
For the reasons stated in Mollo Chiropractic, PLLC, as Assignee of Miguel Concepcion v Farmington Cas. Co. (___ Misc 3d ___, 2016 NY Slip Op ___ [appeal No. 2013-2574 K C], decided herewith), the order is reversed and defendant's motion for summary judgment dismissing the complaint is denied.
Pesce, P.J., Aliotta and Solomon, JJ., concur.
Decision Date: October 11, 2016